**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00961-PAB-NYW

MICHELLE PEDERSON,

Plaintiff,

v.

AMERICAN FAMILY INSURANCE,

Defendant.

---

**MINUTE ORDER RE-SETTING SCHEDULING CONFERENCE**

---

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendant American Family Mutual Insurance Company's ("Defendant") Unopposed Motion to Reschedule the Scheduling Conference Currently Set for July 17, 2015, filed on July 7, 2015 [#18] (the "Motion"). Pursuant to the Order Referring Case dated May 28, 2015 [#12] and the Memorandum dated July 7, 2015, the Motion is before this Magistrate Judge.

      IT IS ORDERED that the Motion is GRANTED.  Accordingly, IT IS ORDERED that the Scheduling Conference is hereby re-set to **July 29, 2015 at 2:00 p.m.**

DATED: July 10, 2015